455 A.2d 194

Commonwealth v. Hoff, Appellant.

Argued November 18, 1981. Michael Balducci, for appellant; Thomas E. Boop, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

The judgment of sentence of the learned Northumberland County Common Pleas Court Judge Samuel C. Ranck is affirmed.